# CORPORATE RESOLUTION

## SPECIAL MEETING OF DIRECTORS

## OF

## STUDENT LOAN ADVOCACY GROUP, INC.

The undersigned, being an acting director of Student Loan Advocacy Group, Inc. states that the following resolutions were duly adopted by the Board of Directors of such corporation on February 13, 2019 at a special meeting of the Board of Directors of said corporation, notice of said meeting having been properly given and consent to such action was given and such resolutions have not been amended or revoked and are now in full force and effect, to wit:

IT IS HEREBY RESOLVED that the corporation file a Chapter 7 bankruptcy petition and retain the Law Office of Cheryl L. Stengel to file the petition and represent Student Loan Advocacy Group, Inc. in the case.

IT IS FURTHER RESOLVED that David Pearlman, President and C.E.O., is authorized to execute and file all documents necessary to complete the Chapter 7 filing.

_____
David Pearlman
Director