| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Student Loan Advocacy Group, Inc.<br>Name | EIN: | 81–3399544 |
| United States Bankruptcy Court | Southern District of California | Date case filed for chapter: | 7    2/14/19 |
| Case number: | 19–00762–LT7 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Student Loan Advocacy Group, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Student Loan Processing Center | |
| 3. | **Address** | 10531 4s Commons Drive, Suite 579<br>San Diego, CA 92127 | |
| 4. | **Debtor's attorney**<br>Name and address | Cheryl L. Stengel<br>Law Office of Cheryl L. Stengel<br>110 West A Street<br>Suite 750<br>San Diego, CA 92101 | Contact phone 619–269–2126<br>Email clstengel@outlook.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher R. Barclay<br>P.O. Box 2819<br>La Mesa, CA 91943–2819 | Contact phone 619–255–1529<br>Email:  None |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br>9:00am – 4:00pm<br>Contact phone 619–557–5620 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 19, 2019 at 8:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the U.S. Trustee, First Floor, Room 1234 (A), 880 Front Street, San Diego, CA 92101** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor  **Student Loan Advocacy Group, Inc.**                                                    Case number **19–00762–LT7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above–referenced case on 2/14/19, the following person is named Interim Trustee of the estate of the debtor:

Christopher R. Barclay
P.O. Box 2819
La Mesa, CA 91943–2819

## TRUSTEE REQUIREMENTS

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/trustee–guidelines–and–additional–requirements

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619–557–5013.

page **2**

Dated:  2/15/19

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

```
                              United States Bankruptcy Court
                               Southern District of California
In re:                                                                                  Case No. 19-00762-LT
Student Loan Advocacy Group, Inc.                                                       Chapter 7
          Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0974-3           User: Admin.                Page 1 of 1             Date Rcvd: Feb 15, 2019
                               Form ID: 309C               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db              +Student Loan Advocacy Group, Inc.,     10531 4s Commons Drive, Suite 579,
                  San Diego, CA 92127-3517
smg             +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                  San Diego, CA 92108-4424
smg              Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,     3501 Corporate Parkway,    PO Box 520,
                  Center Valley, PA 18034-0520
14547637        +A.R.M. Solutions, Inc.,    P.O. Box 2929,    Camarillo, CA 93011-2929
14547638        +ADT, Inc.,    1501 Yamato Road,    Boca Raton, FL 33431-4438
14547639        +American Processing Solutions,    11590 West Bernardo Ct., #245,    San Diego, CA 92127-1662
14547640         Craig Cunningham,    3000 Custer Road, Ste. 270-206,     Arp, TX 75750
14547643        +David Pearlman,    1315 Pepper Drive,    El Cajon, CA 92021-1424
14547642        +Inkwell Consulting,    10531 4S Commons Drive, #579,     San Diego, CA 92127-3517
14547644        +PS Business Parks, Inc.,    6440 Lusk Blvd., Suite D200,     San Diego, CA 92121-2762
14547641        +Phillip Green,    4150 Cleveland Avenue,    San Diego, CA 92103-2455
14547646        +Shred-It USA,    28883 Network Place,    Chicago, IL 60673-1288
14547647        +Simpson, Delmore, Greene,    Attn: Terence Greene, Esq.,    600 West Broadway, Suite 400,
                  San Diego, CA 92101-3352
14547645        +Yesenia Rodriguez,    6716 University Ave.,    San Diego, CA 92115-5843
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: clstengel@outlook.com Feb 16 2019 01:41:12      Cheryl L. Stengel,
                  Law Office of Cheryl L. Stengel,    110 West A Street,    Suite 750,   San Diego, CA   92101
tr               EDI: QCRBARCLAY2.COM Feb 16 2019 06:43:00      Christopher R. Barclay,    P.O. Box 2819,
                  La Mesa, CA   91943-2819
smg              EDI: CALTAXFEE Feb 16 2019 06:43:00      California Department of Tax and Fee Administratio,
                  Account Information Group, MIC:29,    P.O. Box 942879,    Sacramento, CA   94279-0029
smg             +EDI: EDD.COM Feb 16 2019 06:43:00      Employment Develop. Dept., State of CA,
                  Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Feb 16 2019 06:43:00      Franchise Tax Board,    Attn: Bankruptcy,
                  P.O. Box 2952,    Sacramento, CA   95812-2952
ust             +E-mail/Text: ustp.region15@usdoj.gov Feb 16 2019 01:41:23      United States Trustee,
                  Office of the U.S. Trustee,    880 Front Street,    Suite 3230,   San Diego, CA 92101-8897
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            +United States Trustee,    Office of the U.S. Trustee,    880 Front Street,   Suite 3230,
                  San Diego, CA 92101-8897
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Cheryl L. Stengel    on behalf of Debtor    Student Loan Advocacy Group, Inc. clstengel@outlook.com
              Christopher R. Barclay     admin@crb7trustee.com, qcrbarclay2@ecf.epiqsystems.com,
               mlcunanan@crb7trustee.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 3
```