CSD 1101 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Cheryl L. Stengel CLS-B (#179460)
LAW OFFICE OF CHERYL L. STENGEL
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: (619) 269-2126
E-mail: clstengel@outlook.com

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
STUDENT LOAN ADVOCACY GROUP, INC.

BANKRUPTCY NO. 19-00762 LT7

Debtor.

## NOTICE TO CREDITORS OF THE ABOVED-NAMED DEBTOR
## ADDED BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in this case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor I may advise you on legal matters.

You are further notified that on __February 14, 2019__, the debtor filed a petition for relief under Chapter _7_, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter ___ of the Code on: _____.]

**As a result of the filing of the petition, you are notified that certain acts and proceedings against the debtor and his estate are stated as provided in 11 U.S.C. § 362(a).**

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

☑ Meeting and/or Hearing pending

☐ Meeting and/or Hearing concluded

☐ Meeting and/or Hearing continued to _____, at _____ .m.

☐ Discharge of the Debtor

☐ Order Fixing Last Date for Filing Claims and Proof of Claim (Form 410)

☐ Order Confirming Plan

☐ Other (specify)

Dated: March 13, 2019         Signed: /s/ Cheryl L. Stengel
                                      ☐ Debtor    ☑ Attorney for Debtor

CSD 1101

| Information to identify the case: | | |
|---|---|---|
| Debtor | Student Loan Advocacy Group, Inc.<br>Name | EIN: 81–3399544 |
| United States Bankruptcy Court | Southern District of California | Date case filed for chapter: 7   2/14/19 |
| Case number: | 19–00762–LT7 | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Student Loan Advocacy Group, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Student Loan Processing Center | |
| 3. | **Address** | 10531 4s Commons Drive, Suite 579<br>San Diego, CA 92127 | |
| 4. | **Debtor's attorney**<br>Name and address | Cheryl L. Stengel<br>Law Office of Cheryl L. Stengel<br>110 West A Street<br>Suite 750<br>San Diego, CA 92101 | Contact phone 619–269–2126<br>Email clstengel@outlook.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher R. Barclay<br>P.O. Box 2819<br>La Mesa, CA 91943–2819 | Contact phone 619–255–1529<br>Email:  None |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br>9:00am – 4:00pm<br>Contact phone 619–557–5620 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 19, 2019 at 8:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the U.S. Trustee, First Floor, Room 1234 (A), 880 Front Street, San Diego, CA 92101** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | |
|---|---|
| Debtor **Student Loan Advocacy Group, Inc.** | Case number **19–00762–LT7** |

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above-referenced case on 2/14/19, the following person is named Interim Trustee of the estate of the debtor:

Christopher R. Barclay
P.O. Box 2819
La Mesa, CA 91943-2819

### TRUSTEE REQUIREMENTS

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/trustee-guidelines-and-additional-requirements

### DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

### BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619-557-5013.

page **2**

Dated: 2/15/19

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

CSD 1101 (Page 2) [07/01/18]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors <u>prior</u> to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with LBR 1007-4 and 1009 are required.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Notice to Creditors of the Above-Named Debtor Added by Amendment** on the following persons listed below by mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  March 13, 2019  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

[✓] Chapter 7 Trustee:   Christopher Barclay,  VIA ECF to: admin@crb7trustee.com

[✓]  For Chpt. 7, 11, & 12 cases:    [ ] For ODD numbered Chapter 13 cases:    [ ] For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE         THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov         Billingslea@thb.coxatwork.com                    admin@ch13.sdcoxmail.com
                                                                                                               dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On  March 13, 2019  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Allen-Barron, Inc.,16745 W. Bernardo Drive, #260, San Diego, CA  92127
Manjinder Takhar 764 Hillsboro Way, San Marcos, CA  92069

CSD 1101

**CSD 1101 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  March 13, 2019            /s/ Cheryl L. Stengel
             (Date)                    (Typed Name and Signature)

                                        110 West A Street, Suite 750
                                        (Address)

                                        San Diego, CA 92101
                                        (City, State, ZIP Code)

**CSD 1101**